IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA
CIVIL DIVISION

**ELAINE MARIE COOKE,**

    Plaintiff(s),                                        CASE NO.:  24002305CA

    v.

**USAA GENERAL INDEMNITY COMPANY,**

    Defendant(s).
_____/

## COMPLAINT

**COMES NOW,** the Plaintiff, **ELAINE MARIE COOKE,** by and through the undersigned attorneys, and hearby sue the Defendant, **USAA GENERAL INDEMNITY COMPANY,** ("Defendant") and allege as follows

1. This is an action for damages which exceed Fifty Thousand Dollars ($50,000.00).

2. Pursuant to section 47.011, Florida Statutes, the Eighteenth Judicial Circuit has venue because the cause of action accrued in Brevard County, Florida.

3. Pursuant to section 48.193, Florida Statutes, the Eighteenth Judicial Circuit has personal jurisdiction over Defendant because Defendant was operating, conducting, engaging in, or carrying on a business or business venture in the State of Florida and/or contracting to insure any person, property or risk located within the State of Florida.

4. At all material times, Plaintiff resided in Charlotte County, Florida.

1

5. Plaintiff has otherwise complied with all conditions precedent to the bringing of this lawsuit.

6. At all material times, USAA GENERAL INDEMNITY COMPANY was a domestic corporation licensed to and doing business in Florida.

7. On or about February 17, 2024 on Norfolk Parkway at or near the north entrance of the parking lot to 205 Palm Bay Rd NE, Brevard County, Florida, an underinsured/uninsured tortfeasor carelessly operated his vehicle by colliding into the 2023 Honda Pilot SUV occupied by ELAINE COOKE, causing ELAINE COOKE to suffer serious and permanent injury.

8. At all material times the tortfeasor and the tortfeasor vehicle were underinsured/uninsured by bodily injury liability insurance coverage.

9. The Plaintiff was covered under a contract of automobile insurance by USAA GENERAL INDEMNITY COMPANY, policy number 0292272647101, which policy included underinsured/uninsured motorist coverage.

10. The contract of insurance provides for underinsured/uninsured motorist coverage for ELAINE COOKE for bodily injuries and losses sustained as result of an underinsured/uninsured tortfeasor.

11. As a direct and proximate result of the conduct of the underinsured/uninsured tortfeasor, ELAINE COOKE has been caused to sustain injuries and the following past and future damages:

   a. Bodily injury;
   b. Great physical pain and suffering;

2

    c.    Disability, inability and loss of capacity to lead and enjoy a normal life;
    d.    Inconvenience;
    e.    Disfigurement and scarring;
    f.    Mental anguish;
    g.    Loss of, or diminution of earnings or earning capacity;
    h.    Permanent injury within a reasonable degree of medical probability; and
    i.    Medical and related expenses, past and future, incurred in seeking a cure for injuries.

12. ELAINE COOKE is entitled to benefits under such underinsured/uninsured motorist coverage with USAA GENERAL INDEMNITY COMPANY.

WHEREFORE, Plaintiff ELAINE COOKE demands a trial by jury and a judgment against the Defendant, USAA GENERAL INDEMNITY COMPANY, for an amount within the jurisdictional limits of this Court, to-wit: More than Fifty Thousand Dollars ($50,000.00), and for such other relief to which the Plaintiff may be justly entitled.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 1.430 of the Florida Rules of Civil Procedure, the Plaintiff demands a trial by jury on all questions of fact raised by this Complaint and on all issues so triable.

    Respectfully Submitted,

    **TRAGOS, SARTES & TRAGOS, PLLC**

    */s/ Mr. David D Neiser Esq.*
    **Mr. David D Neiser Esq.**
    Florida Bar Number: 747645
    Email: david@greeklaw.com
    Secondary E-Mail:
    Paralegal3@greeklaw.com
    2363 Gulf to Bay Blvd., Suite 100

0901119cc049480e

USAA Confidential

Clearwater, FL  33765
T:  727.441.9030 / F:  727.441.9254
*Counsel for Plaintiff*

0901119cc049480e	USAA Confidential